UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL NO. |
| v. | : |
| RAYMOND CARTER, | : VIOLATIONS: |
| Defendant. | : 18 U.S.C. § 2423(b) |
| | : (Travel with Intent to Engage in Illicit |
| | : Sexual Conduct) |

## INFORMATION

The United States Attorney charges that:

### COUNT ONE

On or about May 9, 2016, in the District of Columbia and elsewhere, the defendant, **RAYMOND CARTER**, did knowingly travel in interstate commerce, that is, from the State of California to the District of Columbia, for the purpose of engaging in illicit sexual conduct, to wit: a sexual act (as defined in Title 18, United States Code, Section 2246) with a person under 18 years of age, and said sexual act would be in violation of Chapter 109A of Title 18, United States Code, specifically, 18 U.S.C. § 2241(c), if the sexual act occurred in the special maritime and territorial jurisdiction of the United States.

**(Travel with Intent to Engage in Illicit Sexual Conduct**, in violation of Title 18, United States Code, Section 2423(b))

CHANNING D. PHILLIPS, DC Bar No. 415793
United States Attorney

__/s/_____
ANDREA LYNN HERTZFELD
Assistant United States Attorney, DC Bar No. 494059
U.S. Attorney's Office
555 4th Street, N.W., Room 10-112
Washington, D.C. 20530
202-252-7808
Andrea.Hertzfeld@usdoj.gov